[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15431
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cv-20612-BB


JESSE LOOR,
individually, and as next friend for J.L. a minor,

Plaintiff-Appellant,

versus

SAILY PUENTE,
CARIDAD HERMIDA,
LISSETTE TARRAGO,
OFFICER J. HOROVITZ,
#7578, Metro Dade Police Department,
OFFICER ROSSI,
#5731, Metro Dade Police Department, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 7, 2015)

Before WILSON, JORDAN, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jesse Loor, a state pretrial detainee proceeding *in forma pauperis*, appeals pro se from the dismissal of his 42 U.S.C. § 1983 lawsuit for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B).  After considering Loor's brief and conducting a de novo review of the record on appeal, we find that the issues and arguments Loor raises are unavailing.  Since Loor is proceeding pro se, we liberally construe his pleadings; however, we may not rewrite Loor's complaint. *See Snow v. DirecTV, Inc.*, 450 F.3d 1314, 1320 (11th Cir. 2006); *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998) (per curiam).  Loor failed to state a facially plausible claim for relief against any of the named defendants.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 1949 (2009); *see also* § 1915(e)(2)(B) (compelling dismissal when an *in forma pauperis* case fails to state a claim on which relief may be granted).  Accordingly, Loor's action was properly dismissed, and we affirm the district court.

**AFFIRMED.**

2